UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:92-00005 |
| | ) | JUDGE CAMPBELL |
| KEVIN WRIGHT | ) | |

## ORDER

Pending before the Court is a Motion to Substitute Counsel (Docket No. 400). The Motion is GRANTED.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE